220 So.2d 876

**Troy JORDAN**

**v.**

**STATE.**

**7 Div. 850.**

Supreme Court of Alabama.

March 27, 1969.

Burns, Carr, & Shumaker, Centre, for petitioner.

MacDonald Gallion, Atty. Gen., and Marlin Mooneyham, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Troy Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision in Jordan v. State, 44 Ala.App. 703, 220 So.2d 875.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.

220 So.2d 881

**James C. JORDAN**

**v.**

**STATE.**

**1 Div. 576.**

Supreme Court of Alabama.

March 27, 1969.

Grady W. Hurst, Jr., Chatom, for petitioner.

MacDonald Gallion, Atty. Gen., and John A. Lockett, Jr., Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of James C. Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision in Jordan v. State, 44 Ala.App. 608, 217 So.2d 821.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.

220 So.2d 872

**MICHIGAN MUTUAL LIABILITY COMPANY**

**v.**

**Dan O. MADISON.**

**6 Div. 659.**

Supreme Court of Alabama.

March 27, 1969.

Zeanah & Donald and Jas. G. Lee, II, Tuscaloosa, for petitioner.

McQueen, Ray & Allison, Tuscaloosa, opposed.

MERRILL, Justice.

Petition of Michigan Mutual Liability Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Michigan Mutual Liability Co. v. Madison, 44 Ala.App. 698 220 So.2d 869.

Writ denied.

LIVINGSTON, C. J., and LAWSON and HARWOOD, JJ., concur.